UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE INDIANA

| | |
|---|---|
| JILL L. TREAT, CODY W. TREAT and TIFFANY L. JOHNSON, ) ) ) | |
| Plaintiffs, ) | Case No.   1:08-cv-0173-WCL-RBC |
| ) vs. ) ) | |
| TOM KELLEY BUICK PONTIAC GMC, ) INC., d/b/a KELLEY SUPERSTORE, ) KELLEY AUTOMOTIVE GROUP, INC., ) and DANIEL HENDERSON, ) ) | |
| Defendants. ) | |

### KELLEY DEFENDANTS' MOTION TO STRIKE EVIDENTIARY SUBMISSIONS OF PLAINTIFF JILL TREAT SUBMITTED IN OPPOSITION TO KELLEY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Tom Kelley Buick Pontiac GMC, Inc. ("TKBPG") and Kelley Automotive Group, Inc. (together, "Kelley Defendants"), by counsel, respectfully move the Court for an order striking evidentiary submissions of Plaintiff Jill Treat submitted in opposition to Kelley Defendants' Motion for Summary Judgment for the reason that Plaintiff Treat failed to comport with Federal Rule of Civil Procedure 56.

A brief in support of this Motion is filed herewith.

Respectfully submitted,

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

s/ Bonnie L. Martin
Brandon M. Shelton, #21086-49
Bonnie L. Martin, #20248-18
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
(317) 916-1300
Fax: (317) 916-9076
Email: brandon.shelton@ogletreedeakins.com
bonnie.martin@ogletreedeakins.com

Attorneys for Kelley Defendants, Tom Kelley Buick Pontiac GMC, Inc., d/b/a Kelley Superstore, and Kelley Automotive Group, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been filed electronically, this 4th day of February, 2010. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jack R. Rochyby, Esq.
Sara Rochyby, Esq.
ROCHYBY, SPIELMAN & FLORA, LLP
jrochyby@choiceonemail.com

Robert D. Moreland, Esq.
BAKER & DANIELS LLP
robert.moreland@bakerd.com

s/ Bonnie L. Martin

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone:  (317) 916-1300
Facsimile:   (317) 916-9076

8178259.1 (OGLETREE)